# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-016 |
| v. ) | |
| ) | |
| DOMINIC WILLIAM, ) | |
| EUSTACE HARRY aka "Eustus Harry," ) | |
| VIBERT GEORGE aka "Eddy," ) | |
| CORNELIAN JOSEPH, ) | |
| ALDRICK PAUL, ) | |
| VIBERT GEORGE aka "T-bird," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on a Motion to Suppress filed by Defendants. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Suppress is **GRANTED**. It is further

**ORDERED** that all evidence seized as a result of Lieutenant Rios' detention and search of the red Toyota Tacoma pick-up truck in this case is suppressed.

ENTERED this 10th day of October, 2008.

/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. SENIOR DISTRICT JUDGE**

1

2